WARNER *against* SHAFER.

*Jackson
v.
Peer.*

ON certiorari to a Justice's Court. There was a demurrer to the assignment of errors, and judgment for the defendant; and in taxing the costs the commissioner allowed not only a draft of the demurrer book, but a copy for the defendant's attorney. On this ground among others,

*The attorney for the party who demurs is not entitled to make out, and charge a copy of the demurrer book for himself.*

*H. Hamilton*, for the plaintiff, moved for a re-taxation.

*T. Lawyer*, contra.

*Curia.* Here are both a draft of the demurrer book, and a copy for the defendant's attorney charged and allowed; or, in other words, two copies for himself. This was unnecessary. The draft would have answered him every useful purpose. The charge for the copy is wrong and should be deducted.

Rule accordingly.